HERMAN GANSS, Appellant, *v.* J. M. GUFFEY PETROLEUM COMPANY, Respondent.

*Ganss v. Guffey Petroleum Co.,* 131 App. Div. 897, affirmed.
(Argued March 23, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

9, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Louis J. Vorhaus* for appellant.

*Lewis H. Freedman* and *Henry V. Poor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.